UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ADVANCED CAPITAL COMMERICAL GROUP, INC.,

                       Plaintiff

              -against-

JOSEPH SUAREZ a/k/a JOSE GILBERTO SUAREZ, JR.,
SUAREZ INVESTMENTS & DEVELOPMENT, L.L.C.,
KATHERINE FERRO, and LAW OFFICES OF
KATHERINE FERRO, P.A.,

                   Defendants.
---------------------------------------------------------------X

CIVIL ACTION NO:
CV-09-5558

STIPULATION
CONSENTING TO
ALL RELIEF SOUGHT IN
ORDER TO SHOW CAUSE

It is hereby stipulated by and between the parties as follows:

    1.    Defendants consent to the entry of an Order granting all relief requested in

Plaintiff's Order to Show Cause dated March 5, 2010, which is presently returnable before the

Honorable Denis R. Hurley at 10:30 a.m. on May 24, 2010.

    2.    Defendants acknowledge service upon them of the Summons, Complaint

and the said Order to Show Cause.

    3.    Defendants consent to the general jurisdiction of this Court for all

purposes.

Dated: May 21, 2010
        Smithtown, New York

F.J. ROMANO & ASSOCIATES, P.C.
*Attorneys for the Plaintiff*
By:

    Frank J. Romano (FR4681)
51 East Main Street
Smithtown, NY 11787
(631) 656-1200
fjromano@optonline.net


Katherine Ferro, Defendant Pro Se
6801 SW 44 Street, Apt #302
Miami, Florida 33155
(305) 607-6631
katherineferro@yahoo.com

Joseph Suarez, Defendant Pro Se
4 Taryn Court
Woodcliff Lake, New Jersey 07677
(201) 370-0793
joe.suarez@suarezinvestments.com

Suarez Investments & Development, LLC
By:
    Joseph Suarez, President

Law Offices of Katherine Ferro, P.A.
By:
    Katherine Ferro, President